DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SMART COAT PAINTING, LLC,**
Appellant,

v.

**RICHARD MURRAY** and
**AP CONSTRUCTION SOLUTIONS, LLC,**

Appellees.

No. 4D2023-1237

[January 25, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel Arthur Casey, Judge; L.T. Case No. CACE-22-018264.

Michael Garcia of Michael Garcia, P.A., Fort Lauderdale, for appellant.

Aldo G. Bartolone, Jr. and Jared Blake Namm of the Berman Law Group, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***